ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
19 North Second Street, Suite 205
San Jose, CA 95113
Telephone: (408) 295-0137
Facsimile: (408) 295-0142

Attorneys for VALENTINA RYSS, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VALENTINA RYSS,<br>            Plaintiff,<br>vs.<br>THE CANNERY APARTMENTS LLC, et al.<br>            Defendants. | Case No. 17-cv-01840-EJD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER** |

      IT IS HEREBY STIPULATED by and between Plaintiff VALENTINA RYSS ("Plaintiff") and Defendant OAKNEY INVESTMENTS, LLC, a California Limited Liability Company ("Defendants") acting through their respective counsel, that the PDF documents associated with Docket No. 34 and 35 be removed permanently and filed in a sealed docket bearing the case number 17-adr-1840 EJD. Furthermore, the entry at Docket No. 34 and 35 stating, "**TEMPORARILY SEALED - Contact ADR Unit. Chambers do not view**" shall be

revised to state, "Associated documents removed permanently and filed in sealed docket 17-adr-1840 EJD by Order of ADR Magistrate Judge." The parties believe that good cause exists based on the following:

1. This is a disability access case arising out of alleged violations of the Americans with Disabilities Act; the Federal Fair Housing Act; and related California laws.

2. The parties settled this matter.

3. On July 8, 2020 Plaintiff moved to enforce the settlement agreement.

4. On July 22, 2020 Defendant filed its opposition to Plaintiff's motion.

5. Having reviewed the opposition, Plaintiff's counsel concluded that Defendant revealed confidential mediation communication.

6. On July 8, 2020 Plaintiff's counsel notified Tamara Lange, head of the ADR unit, of the issue. In response, the ADR unit temporarily sealed the documents.

7. Defendant then refiled the opposition without the confidential material.

8. Ms. Lange subsequently directed the parties that the parties should file a stipulation and proposed order with Magistrate Judge Corley to have the aforementioned confidential documents permanently sealed.

Respectfully submitted,

Date: August 13, 2020

By /s/ Eric Gravink
ERIC GRAVINK,
Attorney for Defendant OAKNEY INVESTMENTS, LLC,

Date: August 5, 2020

By: /s/ Irakli Karbelashvili
IRAKLI KARBELASHVILI,
Attorney for Plaintiff VALENTINA RYSS

**[PROPOSED] ORDER**

Having reviewed the parties' stipulation, and good cause appearing, the Court orders as followed:

The PDF documents associated with Docket Nos. 34 and 35 shall be removed permanently and filed in a sealed docket bearing the case number 17-adr-1840 EJD; and the entry at Docket Nos. 34 and 35 stating, "**TEMPORARILY SEALED - Contact ADR Unit. Chambers do not view.**" shall be revised to state," Associated documents removed permanently and filed in sealed docket 17-adr-1840 EJD by Order of ADR Magistrate Judge."

**IT IS SO ORDERED.**

Dated: August 17, 2020

_Jacqueline Scott Corley_
Jacqueline Scott Corley
United States Magistrate Judge